George Andrew BRATTON, an individual, Plaintiff-Appellant,

and

The Estate of Geena Gee Bratton, Decedent, Plaintiff,

v.

State of NORTH CAROLINA, a Business Entity or Governmental Agency; Pat McCory, Gov., an Individual; Mecklenburg County Division of Social Services, (DSS), a Business Entity or Governmental Agency; Peggy Eagan, Director of DSS, an individual; Chris Taylor, badge # 211 in his individual and official capacity of Lieutenant; McDowell County Sheriff Department; Cederbrook Residential Center, a business entity; The Estate of Henry Robert Bratton, Jr., Deceased; Marian Diebel-bratton, individual; Arlene Brokaw, individual and in her official capacity; McEwen Funeral Service Pineville Chapel City, a business entity; North Carolina Adoption Agency, a business entity or governmental agency, Defendants-Appellees.

No. 16-2028

United States Court of Appeals,
Fourth Circuit.

Submitted: December 15, 2016

Decided: December 19, 2016

George Andrew Bratton, Appellant Pro
Se.

Before SHEDD, DUNCAN, and AGEE,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

George Andrew Bratton appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny Bratton's motion to assign counsel and affirm for the reasons stated by the district court. Bratton v. North Carolina, No. 5:16-cv-00021-FL (E.D.N.C. Aug. 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED